IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-1332 (MN) |
| ) | (Consolidated) |
| HETERO USA, INC., ) | |
| HETERO LABS LIMITED, ) | |
| HETERO LABS LIMITED UNIT-V, ) | |
| AUROBINDO PHARMA USA, INC., ) | |
| AUROBINDO PHARMA LTD., and SUN ) | |
| PHARMACEUTICAL INDUSTRIES, LTD., ) | |
| ) | |
| Defendants. ) | |
| ABBVIE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-422 (MN) |
| ) | |
| AUROBINDO PHARMA USA, INC. and ) | |
| AUROBINDO PHARMA LTD., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER FOR CONSOLIDATION**

WHEREAS, currently pending before the Court is Plaintiff AbbVie Inc.'s consolidated action, captioned as C.A. No. 23-1332 (MN) (consolidated) (the "Consolidated Action), against the following defendants: Hetero USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit-V, Aurobindo Pharma USA, Inc., Aurobindo Pharma Ltd., and Sun Pharmaceutical Industries, Ltd.;

WHEREAS, Plaintiff filed an action against Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.)("Aurobindo") for infringement of U.S. Patent No. RE47,221, captioned as C.A. No. 25-422 (MN) ("New Case") on April 4, 2025, that is related to the Consolidated Action;

WHEREAS, Plaintiffs and Aurobindo have agreed to adopt the Scheduling Order (D.I. 57) as well as any subsequent Stipulations (D.I. 114, 208), and the Protective Order (D.I. 85) entered in the Consolidated Action;

WHEREAS, all Defendants in the Consolidated Action consent to this stipulation;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1) The New Case shall be consolidated with the Consolidated Action for all purposes, including trial, and all papers shall be filed in C.A. No. 23-1332 (MN) (consolidated);

2) Plaintiffs and Aurobindo agree to adopt the schedule and Protective Order entered in the Consolidated Action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
| */s/ Jeremy A. Tigan* | */s/ Renée Mosley Delcollo* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiff AbbVie Inc.* | Benjamin J. Schladweiler (#4601)<br>Renée Mosley Delcollo (#6442)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com<br>renee.delcollo@gtlaw.com<br><br>*Attorneys for Defendants Hetero USA, Inc., Hetero Labs Limited and Hetero Labs Limited Unit-V* |

| | |
|---|---|
| MORRIS JAMES LLP | KRATZ & BARRY, LLP |
| /s/ *Kenneth L. Dorsney* | /s/ *R Touhey Myer* |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com | R Touhey Myer (#5939)<br>800 North West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorneys for Defendant Sun Pharmaceutical Industries Ltd.* |
| *Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.* | |

May 23, 2025

SO ORDERED this 27th day of May 2025.

_____
The Honorable Maryellen Noreika
United States District Judge

3