AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>11/20/2023 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ABBVIE INC. | | DEFENDANT<br>HETERO USA, INC., ET AL. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | RE47,221 E | 2/5/2019 | AbbVie Inc. |
| 2 | 8,962,629 B2 | 2/24/2015 | AbbVie Inc. |
| 3 | 9,951,080 B2 | 4/24/2018 | AbbVie Inc. |
| 4 | 10,981,923 B2 | 4/20/2021 | AbbVie Inc. |
| 5 | 11,186,584 B2 | 11/30/2021 | AbbVie Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - see attached |

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>/s/ Mark D. Buckson, Jr. | DATE<br>9/12/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

# ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 11/20/2023 | U.S. DISTRICT COURT For the District of Delaware ||
|---|---|---|---|
| PLAINTIFF ABBVIE INC. ||  DEFENDANT HETERO USA, INC., ET AL. ||
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6 | 11,661,425 B2 | 5/30/2023 | AbbVie Inc. |
| 7 | 11,680,069 B2 | 6/20/2023 | AbbVie Inc. |
| 8 | 11,718,627 B2 | 8/8/2023 | AbbVie Inc. |
| 9 | 11,198,697 B1 | 12/14/2021 | AbbVie Inc. |
| 10 | 9,963,459 B1 | 5/8/2018 | AbbVie Inc. |
| 11 | 10,344,036 B2 | 7/9/2019 | AbbVie Inc. |
| 12 | 10,202,393 B2 | 2/12/2019 | AbbVie Inc. |
| 13 | 10,519,164 B2 | 12/31/2019 | AbbVie Inc. |
| 14 | 10,730,883 B2 | 8/4/2020 | AbbVie Inc. |
| 15 | 10,981,924 B2 | 4/20/2021 | AbbVie Inc. |
| 16 | 10,597,400 B2 | 3/24/2020 | AbbVie Inc. |
| 17 | 11,535,624 B2 | 12/27/2022 | AbbVie Inc. |
| 18 | 10,995,095 B2 | 5/4/2021 | AbbVie Inc. |
| 19 | 10,550,126 B2 | 2/4/2020 | AbbVie Inc. |
| 20 | 11,535,625 B2 | 12/27/2022 | AbbVie Inc. |
| 21 | 11,535,626 B2 | 12/27/2022 | AbbVie Inc. |
| 22 | 11,365,198 B2 | 6/21/2022 | AbbVie Inc. |
| 23 | 11,512,092 B2 | 11/29/2022 | AbbVie Inc. |
| 24 | 11,524,964 B2 | 12/13/2022 | AbbVie Inc. |
| 25 | 11,607,411 B2 | 3/21/2023 | AbbVie Inc. |
| 26 | 11,564,922 B2 | 1/31/2023 | AbbVie Inc. |
| 27 | 11,767,326 B2 | 9/26/2023 | AbbVie Inc. |
| 28 | 11,773,105 B2 | 10/3/2023 | AbbVie Inc. |
| 29 | 11,773,106 B2 | 10/3/2023 | AbbVie Inc. |
| 30 | 11,780,847 B1 | 10/10/2023 | AbbVie Inc. |
| 31 | 11,780,848 B2 | 10/10/2023 | AbbVie Inc. |
| 32 | 11,787,815 B1 | 10/17/2023 | AbbVie Inc. |

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 33 | 11,795,175 B2 | 10/24/2023 | AbbVie Inc. |
| 34 | 9,879,018 B2 | 1/30/2018 | AbbVie Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
|---|---|---|---|---|
|  | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 6 |  |  |  | |
| 7 |  |  |  | |
| 8 |  |  |  | |
| 9 |  |  |  | |
| 10 |  |  |  | |