AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of Delaware on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | 8/8/2024 | for the District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| ABBVIE INC. | HETERO USA, INC., ET AL. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 RE47,221 E | 2/5/2019 | AbbVie Inc. |
| 2 8,962,629 B2 | 2/24/2015 | AbbVie Inc. |
| 3 11,976,077 B2 | 5/7/2024 | AbbVie Inc. |
| 4 11,993,605 B2 | 5/28/2024 | AbbVie Inc. |
| 5 11,993,606 B2 | 5/28/2024 | AbbVie Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - see attached |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Randall C. Lohan | /s/ Mark D. Buckson, Jr. | 9/12/2025 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**