IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, AUROBINDO PHARMA USA, INC., and AUROBINDO PHARMA LTD.,<br><br>Defendants. | ) | C.A. No. 23-1332-MN (consol.) |
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, AUROBINDO PHARMA USA, INC., and AUROBINDO PHARMA LTD.,<br><br>Defendants. | ) | C.A. No. 24-924-MN |
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HOSTER LABS PRIVATE LIMITED, AUROBINDO PHARMA USA, INC., and AUROBINDO PHARMA LTD.,<br><br>Defendants. | ) | C.A. No. 24-1254-MN |

**STIPULATION AND [PROPOSED] ORDER**

The Court, upon the consent and request of Plaintiff AbbVie Inc. ("Plaintiff") and Defendants Hetero USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit-V, and Hoster Labs Private Limited (collectively "Hetero Defendants"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned actions.

**STIPULATION**

1. This Court has subject matter jurisdiction over these patent infringement actions (the "Actions") and personal jurisdiction over Plaintiff and the Hetero Defendants for purposes of the Actions.

2. Venue is proper in this Court as to Plaintiff and the Hetero Defendants for the Actions.

3. Plaintiff has asserted claims against the Hetero Defendants for infringement of U.S. Patent Nos. 9,951,080, 10,981,923, 11,186,584, 11,661,425, 11,680,069, 11,718,627, 11,198,697, 9,963,459, 10,344,036, 10,519,164, 10,730,883, 10,981,924, 10,597,400, 11,535,624, 10,995,095, 10,550,126, 11,535,625, 11,535,626, 11,365,198, 11,512,092, 11,524,964, 11,767,326, 11,773,105, 11,773,106, 11,780,847, 11,780,848, 11,787,815, 11,795,175, 9,879,018, RE47,221, 8,962,629, 11,976,077, 11,993,605, 11,993,606, 12,077,545, 12,103,933, 12,110,297, 12,116,373, and 12,110,298 (together, "the Asserted Patents") in connection with the Hetero Defendants' submission of Abbreviated New Drug Application ("ANDA") No. 218859 directed to generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) to the U.S. Food and Drug Administration ("FDA").

4. The Hetero Defendants admit that the Asserted Patents are enforceable, valid, and would be infringed by the commercial manufacture, use, and/or sale within the United

States of the generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) that are the subject of the Hetero Defendants' ANDA No. 218859.

5. The Hetero Defendants admit that the submission of ANDA No. 218859 to the FDA for purposes of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale within the United States of generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) was an act of infringement of the Asserted Patents under 35 U.S.C. § 271(e)(2)(A).

6. The parties agree that all other claims, counterclaims, and defenses asserted against each other in Plaintiff's and Hetero Defendants' pleadings in the Actions, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiff and the Hetero Defendants, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA No. 218859 was an act of infringement of the Asserted Patents under 35 U.S.C. § 271(e)(2)(A).

2. All other claims, counterclaims, and defenses asserted by the parties against each other in Plaintiff's and Hetero Defendants' pleadings in the Actions, including the allegations and averments contained therein are hereby dismissed, without prejudice.

3. The Hetero Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the

United States, the generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) described by ANDA No. 218859 during the life of the Asserted Patents, including any extensions and pediatric exclusivities thereof, absent a license agreement or other authorization by Plaintiff.

4. Plaintiff and the Hetero Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over Plaintiff and the Hetero Defendants for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve the Actions between the Parties.

7. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future actions between the Hetero Defendants and Plaintiff regarding the Asserted Patents and a product other than generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) described by ANDA No. 218859.

8. The Clerk of the Court is directed to enter this Stipulation And Order forthwith in the Actions.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff AbbVie Inc.*

GREENBERG TRAURIG, LLP

*/s/ Renée Mosley Delcollo*

Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendants Hetero USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit-V, and Hoster Labs Private Limited*

August 1, 2025

**SO ORDERED:**

This ______ day of _____________, 2025

_________________________________
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE