IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1332 (MN) |
| | ) | |
| HETERO USA, INC., | ) | |
| HETERO LABS LIMITED, | ) | |
| HETERO LABS LIMITED UNIT-V, | ) | |
| AUROBINDO PHARMA USA, INC., | ) | |
| AUROBINDO PHARMA LTD., | ) | |
| SANDOZ INC., | ) | |
| INTAS PHARMACEUTICALS LTD., | ) | |
| ACCORD HEALTHCARE, INC., and SUN | ) | |
| PHARMACEUTICAL INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

The Court, upon the consent and request of Plaintiff AbbVie Inc. and Defendants Intas Pharmaceuticals Ltd. and Accord Healthcare, Inc. (collectively "Accord Defendants"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned action.

**STIPULATION**

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiff and the Accord Defendants for purposes of the Action.

2. Venue is proper in this Court as to Plaintiff and the Accord Defendants for the Action.

3. Plaintiff has asserted claims against the Accord Defendants for infringement of U.S. Patent Nos. 9,951,080, 10,981,923, 11,186,584, 11,661,425, 11,680,069,

11,718,627, 11,198,697, 9,963,459, 10,344,036, 10,202,393, 10,519,164, 10,730,883, 10,981,924, 10,597,400, 11,535,624, 10,995,095, 10,550,126, 11,535,625, 11,535,626, 11,365,198, 11,512,092, 11,524,964, 11,607,411, 11,564,922, 11,767,326, 11,773,105, 11,773,106, 11,780,847, 11,780,848, 11,787,815, 11,795,175, and 9,879,018 (together, "the Asserted Patents") in connection with the Accord Defendants' submission of Abbreviated New Drug Application ("ANDA") 218940 directed to generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) to the U.S. Food and Drug Administration ("FDA").

4. The Accord Defendants admit that the Asserted Patents are enforceable, valid, and would be infringed by the commercial manufacture, use, and/or sale within the United States of the generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) that are the subject of the Accord Defendants' ANDA 218940.

5. The Accord Defendants admit that the submission of ANDA 218940 to the FDA for purposes of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale within the United States of generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) was an act of infringement of the Asserted Patents under 35 U.S.C. § 271(e)(2)(A).

6. The parties agree that all other claims, counterclaims, and defenses asserted against each other in Plaintiff's and Accord Defendants' pleadings in the Action, including the allegations and averments contained therein, should be dismissed, without prejudice.

**ORDER**

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiff and the Accord Defendants, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA 218940 was an act of infringement of the Asserted Patents under 35 U.S.C. § 271(e)(2)(A).

2. All other claims, counterclaims, and defenses asserted by the parties against each other in Plaintiff's and Accord Defendants' pleadings in the Action, including the allegations and averments contained therein are hereby dismissed, without prejudice.

3. The Accord Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) described by ANDA 218940 during the life of the Asserted Patents, including any extensions and pediatric exclusivities thereof, absent a license agreement or other authorization by Plaintiff.

4. Plaintiff and the Accord Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over Plaintiff and the Accord Defendants for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve the Action between the Parties.

7. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between the Accord Defendants and Plaintiff regarding the Asserted Patents and a product other than generic upadacitinib extended release tablet products (15 mg, 30 mg, and 45 mg) described by ANDA 218940.

8. The Clerk of the Court is directed to enter this Stipulation And Order forthwith in the Action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff AbbVie Inc.*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Intas Pharmaceuticals Ltd. and Accord Healthcare, Inc.*

May 24, 2024

SO ORDERED this 28th day of May 2024

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge