IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LTD., SANDOZ INC., and SUN PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | C.A. No. 23-1332 (MN)<br>(Consolidated) |
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HOSTER LABS PRIVATE LIMITED, AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LTD., and SUN PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | C.A. No. 24-924 (MN) |

| | | |
|---|---|---|
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HOSTER LABS PRIVATE LIMITED, AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LTD., SANDOZ INC., SANDOZ PRIVATE LIMITED, SANDOZ GMBH, and SUN PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | ) | C.A. No. 24-1254 (MN) |

## STIPULATION AND [PROPOSED] ORDER

The Court, upon the consent and request of Plaintiff AbbVie Inc. ("Plaintiff") and Defendant Sun Pharmaceutical Industries, Ltd. ("Sun"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned actions.

## STIPULATION

1. This Court has subject matter jurisdiction over these patent infringement actions (the "Actions") and personal jurisdiction over Plaintiff and Sun for purposes of the Actions.

2. Venue is proper in this Court as to Plaintiff and Sun for the Actions.

3. Plaintiff has asserted claims against Sun for infringement of U.S. Patent Nos. RE47,221, 8,962,629, 9,951,080, 10,981,923, 11,186,584, 11,661,425, 11,680,069, 11,718,627, 11,198,697, 9,963,459, 10,519,164, 10,981,924, 10,597,400, 11,535,624, 10,995,095, 11,535,625, 11,365,198, 11,512,092, 11,767,326, 11,773,105, 11,773,106, 11,780,847, 11,787,815, 11,795,175, 9,879,018, 11,976,077, 11,993,605, 12,077,545, 12,103,933, 12,110,297, and 12,110,298 (together, "the Asserted Patents") in connection with Sun's submission of

Abbreviated New Drug Application ("ANDA") No. 217611 directed to generic upadacitinib extended release tablet products (15 mg) to the U.S. Food and Drug Administration ("FDA"), and Sun has asserted defenses related to those patent infringement claims.

4. Solely with respect to Sun's ANDA No. 217611, Sun admits that the Asserted Patents are enforceable, valid, and would be infringed by the commercial manufacture, use, and/or sale within the United States of the generic upadacitinib extended release tablet products (15 mg) that are the subject of Sun's ANDA No. 217611.

5. Sun admits that the submission of Sun's ANDA No. 217611 to the FDA for purposes of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale within the United States of generic upadacitinib extended release tablet products (15 mg) before the expiration of the Asserted Patents was a technical act of infringement of the Asserted Patents under 35 U.S.C. § 271(e)(2)(A).

6. The parties agree that all other claims, counterclaims, and defenses asserted against each other in Plaintiff's and Sun's pleadings in the Actions, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiff and Sun, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of Sun's ANDA No. 217611 was a technical act of infringement of the Asserted Patents under 35 U.S.C. § 271(e)(2)(A).

2. All other claims, counterclaims, and defenses asserted by the parties against each other in Plaintiff's and Sun's pleadings in the Actions, including the allegations and averments contained therein are hereby dismissed, without prejudice.

3. Sun, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic upadacitinib extended release tablet products (15 mg) described by Sun's ANDA No. 217611 during the life of the Asserted Patents, including any extensions and pediatric exclusivities thereof, absent a license agreement or other authorization by Plaintiff, unless all of the claims of the Asserted Patents are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

4. Plaintiff and Sun each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over Plaintiff and Sun for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve the Actions between the Parties.

7. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future actions between Sun and Plaintiff regarding the Asserted Patents and a product other than generic upadacitinib extended release tablet products (15 mg) described by Sun's ANDA No. 217611.

8. The Clerk of the Court is directed to enter this Stipulation And Order forthwith in the Actions.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff AbbVie Inc.*

KRATZ & BARRY, LLP

*/s/ R Touhey Myer*

R Touhey Myer (#5939)
800 North West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant Sun Pharmaceutical Industries Ltd.*

**SO ORDERED:**

This ______ day of _____________, 2025

_______________________________
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE